UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>vs.<br><br>ROBERTO OMAR MARTINEZ-MONTES,<br><br>　　　　　Defendant. | Case No.: 2:13-CR-00104-RCJ-VCF<br><br>CONSENT OF DEFENDANT |

Defendant, **ROBERTO OMAR MARTINEZ-MONTES**, having requested permission to enter a plea of guilty, hereby gives written consent to review of the PreSentence Report by the Judge prior to acceptance of plea or plea agreement pursuant to Rule 32(e)(1) of the Federal Rules of Criminal Procedure.

X _____
Defendant

X _____
Counsel for Defendant

_____
Assistant U.S. Attorney

DATED: this 23rd day of May, 2013.

APPROVED: _____
ROBERT C. JONES
United States Chief District Judge